UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EDDIE BLAND II,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN KUHL, et al.,<br><br>　　　　Defendants. | Case No. CV 17-5442 DSF(JC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

On July 24, 2017, plaintiff, who was then in custody and is proceeding *pro se*, filed a Complaint and an Application to Proceed without Prepayment of Fees ("IFP Application"). On August 3, 2017, the Court issued an order ("August Order") denying the IFP Application for the reasons explained therein, directing plaintiff to pay the filing fees in full within 30 days, and advising plaintiff that if he did not pay the filing fees within the foregoing time frame, the case would be dismissed. The August Order was sent to plaintiff at his address of record but was returned undelivered on August 11, 2017 with an indication that he had been discharged. Although more than fifteen days have passed since the August Order sent to plaintiff was returned undelivered, plaintiff has not notified the Court of his current address, contrary to Local Rule 41-6.

///

///

| | |
|---|---|
| 1 | As plaintiff is not entitled to proceed without prepayment of fees/in forma |
| 2 | pauperis, has not paid the filing fee by the aforementioned deadline, and has failed |
| 3 | to keep the Court informed of his current address in violation of Local Rule 41-6, |
| 4 | IT IS HEREBY ORDERED that this action is DISMISSED. |

DATED: 9/20/17 _____

*Dale S. Fischer*
_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE